UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STELLAR RECORDS, LLC, | ] | |
| | ] | |
| Plaintiff, | ] | Case No: 4:18-cv-11233-DHH |
| | ] | |
| vs. | ] | |
| | ] | |
| WILLIAM J. URBANOWSKI, JR., | ] | |
| | ] | JURY DEMANDED |
| Defendant. | ] | |
| | ] | |

### *PLAINTIFF'S RULE 41, FED.R.CIV.P., VOLUNTARY DISMISSAL*

THE PLAINTIFF, Stellar Records, LLC, by its attorneys, Douglas F. Hartman and Michael T. Hopkins, pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., voluntarily dismisses the above matter in its entirety, **with prejudice**, and without further costs to any party.

          /s/ Douglas F. Hartman            .
Douglas F. Hartman
BBO#642823

Hartman Leone
One Boston Place
201 Washington Street, 26th Floor
Boston, MA  02108

Tel: 617-807-0091
Fax : 617-507-8334
Email dhartman@hartmanleone.com

and

/s/ Michael T. Hopkins            .
Michael T. Hopkins (LEAD COUNSEL)
WI BN: 1014792
appearing *pro hac vice*

IP-Litigation.US, LLC
757 N. Broadway, Suite 201
Milwaukee, WI 53202

Tel/Fax: (888) 227-1655
email: mth@ip-lit.us


attorneys for Plaintiff,
Stellar Records, LLC


## Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to counsel for Defendant, Attorney Mark I. Zarrow, at the email address identified on the NEF, and that there are no non-registered NEF participants requiring service by mail or other means.

Dated this 19th day of July, 2018

/s/ Michael T. Hopkins            .
Michael T. Hopkins (LEAD COUNSEL)
WI BN: 1014792
appearing *pro hac vice*